**2007–2042. State v. Sziva.**
Summit App. No. 23384, 2007-Ohio-5120.

**2007–2043. Risser v. Risser.**
Hardin App. No. 6–06–11, 173 Ohio App.3d 430, 2007-Ohio-4936.
LUNDBERG STRATTON and O'CONNOR, JJ., dissent.

**2007–2044. State v. Peterson.**
Columbiana App. No. 06 CO 50, 2007-Ohio-4979.
O'CONNOR, J., dissents.

**2007–2045. Genovese v. Reese.**
Hamilton App. No. C–060949.

**2007–2046. Union Local Assn. of Classroom Teachers OEA/NEA v. State Bd. of Edn.**
Belmont App. No. 06 BE 33, 2007-Ohio-5053.
MOYER, C.J., and PFEIFER, J., dissent.

**2007–2047. O'Brien v. Ohio State Univ.**
Franklin App. No. 06AP–946, 2007-Ohio-4833.
LUNDBERG STRATTON and LANZINGER, JJ., dissent.
Motions for admission pro hac vice of Benjamin C. Mizer, Mark B. Rotenberg, William P. Donohue, and Tracy M. Smith by William P. Marshall granted.

**2007–2049. State v. Fain.**
Delaware App. No. 06CAA120094, 2007-Ohio-4854.
O'DONNELL, J., dissents.

**2007–2050. State v. Valenti.**
Wood App. No. WD–07–004, 2007-Ohio-4911.

**2007–2051. State v. Hohvart.**
Mahoning App. No. 06 MA 43, 2007-Ohio-5349.

**2007–2052. State v. Irwin.**
Mahoning App. No. 06 MA 20, 2007-Ohio-4996.

**2007–2055. State v. Collins.**
Montgomery App. No. 21689, 2007-Ohio-5365.

**2007–2059. Cotton v. Oberdier.**
Franklin App. No. 07AP–639.

**2007–2061. In re Guardianship of Bess.**
Summit App. No. 23411, 2007-Ohio-5032.

**2007–2067. Conway v. Dravenstott.**
Crawford App. No. 3–07–05, 2007-Ohio-4933.
CUPP, J., not participating.

**2007–2069. McCall v. State Farm Mut. Auto. Ins. Co.**
Summit App. No. 23601, 2007-Ohio-5109.
PFEIFER, J., dissents.

**2007–2070. State v. Pitts.**
Allen App. No. 1–06–106, 2007-Ohio-5197.

**2007–2073. Dinsmore & Shohl, L.L.P. v. Zerbe.**
Hamilton App. No. C–060798.

**2007–2075. Corrova v. Tatman.**
Muskingum App. No. CT2006–0053, 2007-Ohio-5295.

**2007–2076. State v. Dovala.**
Lorain App. No. 05CA008767, 2007-Ohio-4914.